EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| In re: | 2006 TSPR 182 |
| En ocasión del deceso del Hon. Hiram Torres Rigual, Juez Asociado Retirado de este Tribunal | 169 DPR _____ |

Número del Caso: EM-2006-07

Fecha: 6 de diciembre de 2006

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

En ocasión del deceso del
Hon. Hiram Torres Rigual,
Juez Asociado Retirado de
este Tribunal

RESOLUCIÓN

San Juan, Puerto Rico, 6 de diciembre de 2006.

El domingo 3 de diciembre de 2006, falleció el Hon. Hiram Torres Rigual, quien ocupó el cargo de Juez Asociado de este Tribunal desde el 17 de mayo de 1968 hasta el 31 de enero de 1985, fecha en que se acogió a la jubilación.

El Hon. Hiram Torres Rigual nació en Mayagüez el 16 de julio de 1922. Concluyó su bachillerato en Ciencias Políticas e Historia en el 1946 con altos honores y en 1949 obtuvo su *Juris Doctor* en la Facultad de Derecho de la Universidad de Puerto Rico. Su primera experiencia laboral, luego de finalizar sus estudios de Derecho, fue como oficial jurídico del Juez Asociado del Tribunal Supremo, Hon. Borinquen Marrero.

Desde 1952 hasta 1964 trabajó como ayudante del Gobernador Luis Muñoz Marín. Luego, cursó estudios de posgrado en la Universidad de Harvard, en donde obtuvo en 1962 una maestría en Derecho Público. Bajo la administración del Gobernador Roberto Sánchez Vilella fue nombrado Juez Superior, cargo que ocupó desde 1965 hasta 1968, año en que prestó juramento como Juez Asociado del Tribunal Supremo.

Tras su jubilación el Hon. Hiram Torres Rigual mantuvo una relación cercana con el Tribunal Supremo, a cuyas sesiones públicas acudió con frecuencia. Siempre se mantuvo atento a los asuntos públicos y de interés para la judicatura y mantuvo estrechos vínculos de amistad con quienes le sucedieron en el Tribunal. No resultó extraño, pues, que ya en su lecho de muerte, enviara unas palabras de despedida a los actuales Jueces y Juezas de este Tribunal y expresara su deseo de que su cuerpo fuera traído a nuestra sede, petición que el Tribunal en Pleno acogió sin reservas.

La Rama Judicial, y en particular este Tribunal, lamenta la muerte de Torres Rigual. Fue un jurista probo, conocedor del derecho y de sensibilidad ejemplar. Se curtió en una generación de puertorriqueños que antepuso los intereses públicos sobre los intereses personales, aun cuando hacerlo conllevara grandes sacrificios personales, y que reconoció que la transformación de los pueblos requiere de trabajo, de entrega, de valor y de sacrificio.

La afabilidad y humildad del Hon. Hiram Torres Rigual fueron virtudes que lo acompañaron durante su vida, y que hoy, tras su muerte, serán extrañadas por todos los que le conocimos. El Tribunal Supremo ha perdido a uno de sus protagonistas históricos de mayor calibre, defensor consecuente de la independencia judicial como pilar de la administración de la justicia y de la protección de los derechos y libertades individuales. Puerto Rico perdió a un puertorriqueño dedicado, servicial, íntegro, que mientras vistió la toga del quehacer judicial procuró dejar tras de sí un país más justo.

Expresamos nuestras sinceras condolencias a la familia del Hon. Hiram Torres Rigual, pero en especial a sus hijas Lilliana, Janina e Ilya Torres Bayouth. Que los frutos de una vida productiva, de servicio al país, sirvan de aliciente reconfortante en estos momentos de dolor.

Publíquese.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo.


Aida Ileana Oquendo Graulau
Secretaria del Tribunal Supremo